MUNSUR ABDULLAH *v.* CARL EISENMAN ET AL.
(AC 25833)

Flynn, Gruendel and Harper, Js.

Submitted on briefs April 29—officially released May 31, 2005

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JUAN A. COLON
(AC 25389)

Dranginis, Gruendel and Mihalakos, Js.

Argued May 23—officially released June 28, 2005

Per Curiam. The judgment is affirmed.

KENNETH F. DEYO, JR. *v.* COMMISSIONER OF
REVENUE SERVICES
(AC 26032)

Dranginis, Harper and Hennessy, Js.

Argued June 1—officially released June 28, 2005

Per Curiam. The judgment is affirmed.